1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   KYUNG M.,                          Case No. 2:21-CV-09572-KES

12                  Plaintiff,
                                        JUDGMENT
13        v.

14   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,
15
                    Defendant.
16

17

18        In accordance with the Ninth Circuit's Order granting the stipulated motion to

19   vacate and remand (Dkt. 25),

20        IT IS HEREBY ADJUDGED that this action is remanded for further

21   administrative proceedings.

22

23   DATED:  June 7, 2023

24                                      _____
                                                KAREN E. SCOTT
25                                        United States Magistrate Judge

26

27

28