# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| KYUNG MOON, | ) Case No. 2:21-CV-09572-KES |
| Plaintiff, | ) ORDER AWARDING EAJA FEES |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of NINE THOUSAND NINE HUNDRED TWENTY DOLLARS AND ZERO CENTS ($9920.00) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 09/06/2023   _/s/ Karen E. Scott_
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE